# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND, | ) ) ) | CV-N-05-446-ECR (RAM) |
| | ) | **MINUTES OF THE COURT** |
| Plaintiff, | ) ) | |
| | ) | December 6, 2005 |
| vs. | ) ) | |
| FREHNER CONSTRUCTION COMPANY, INC., a Nevada corporation, | ) ) ) | |
| Defendant. | ) ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Respondent has filed a Motion to Stay Submission of Discovery Plan and Scheduling Order (Doc. #9).  Plaintiff has opposed the Motion (Doc. #11).  No reply is necessary.

The court does not believe that the parties will be prejudiced in any manner by proceeding with discovery in this case and further believes that the ninety (90) day delay from today until the oral argument on the Motion to Dismiss would unreasonably delay this case and is not consistent with good case management.

Respondent's Motion to Stay Submission of Discovery Plan and Scheduling Order (Doc. #9) is **DENIED**.  The parties shall submit a Discovery Plan and Scheduling Order in compliance with Local Rule 26-1 within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
        Deputy Clerk